**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Nathan Replogle** | Social Security number or ITIN **xxx–xx–4719** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Betty Replogle** | Social Security number or ITIN **xxx–xx–0365** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Western District of Tennessee** | Date case filed for chapter **7**   **11/15/19** |
| Case number: | **19–12483   jlc** | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

☑ This notice is issued to reset a previously scheduled meeting/hearing and/or reflects corrected information – See Item 14.

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Nathan Replogle | Betty Replogle |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | P.O. Box 130<br>Henry, TN 38231 | P.O. Box 130<br>Henry, TN 38231 |
| 4. | **Debtor's attorney**<br>Name and address | T. Verner Smith<br>Law Office of Verner Smith<br>367–A N. Parkway<br>Ste. 1<br>Jackson, TN 38305 | Contact phone (731) 423–1888<br>Email: bankruptcy@vernersmith.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marianna Williams<br>P.O. Box H<br>Dyersburg, TN 38024–2008 | Contact phone (731) 285–5074 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 111 S Highland, Room 107 <br> Jackson, TN 38301 | Contact phone (731) 421–9300 <br><br> Date: 11/22/19 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 7, 2020 at 02:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **109 South Highland, Room 102, Jackson, TN 38301** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/18/20** |
| | | **DEADLINE for Debtor to File Certification of Completion of Instructional Course Concerning Financial Management:  2/18/20** | |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Notice Of Abandonment** | This will serve notice that at the scheduled meeting on the reverse side, the Trustee may announce which properties the trustee plans to abandon. An objection to the Trustee's action may be filed within 14 days after the meeting of creditors. | |

| | |
|---|---|
| **14. Other** | **REISSUED DUE TO SUCCESSOR TRUSTEE BEING APPOINTED** |

```
                        United States Bankruptcy Court
                        Western District of Tennessee
In re:                                                          Case No. 19-12483-jlc
Nathan Replogle                                                 Chapter 7
Betty Replogle
            Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0651-1          User: melissa              Page 1 of 1              Date Rcvd: Nov 22, 2019
                              Form ID: 309A              Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db/jdb         +Nathan Replogle,    Betty Replogle,    P.O. Box 130,    Henry, TN 38231-0130
33339526       +First Bank,    1068 Mineral Wells Ave.,    Paris, TN 38242-4904
33339527        Henry County Circuit Court,    101 E Washington St.,    #201,    Paris, TN 38242
33339529       +Spragins, Barnett, & Cobb,    312 E. Lafayette St.,    Jackson, TN 38301-6220
33339530       +TN BIDCO,    2550 Meridien Blvd,    Franklin, TN 37067-6379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bankruptcy@vernersmith.com Nov 23 2019 01:08:43      T. Verner Smith,
                 Law Office of Verner Smith,    367-A N. Parkway,    Ste. 1,    Jackson, TN  38305
tr             +EDI: BMWILLIAMS.COM Nov 23 2019 05:23:00      Marianna Williams,    P.O. Box H,
                 Dyersburg, TN 38025-2008
ust             E-mail/Text: ustpregion08.me.ecf@usdoj.gov Nov 23 2019 01:10:40      U.S. Trustee,
                 Office of the U.S. Trustee,    One Memphis Place,    200 Jefferson Avenue, Suite 400,
                 Memphis, TN 38103-2383
33339528       +E-mail/Text: lwilliams@raineykizer.com Nov 23 2019 01:12:18      Laura Williams,
                 Rainey, Kizer, Reviere & Bell,    P.O. Box 1147,    Jackson, TN 38302-1147
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Marianna Williams    marianna@ashleyarnold.com, TN46@ecfcbis.com
              T. Verner Smith   on behalf of Joint Debtor Betty  Replogle bankruptcy@vernersmith.com
              T. Verner Smith   on behalf of Debtor Nathan  Replogle bankruptcy@vernersmith.com
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                             TOTAL: 4
```