UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE:  
NATHAN REPLOGLE  
BETTY REPLOGLE  
DEBTORS

CASE NO: 19-12483  
CHAPTER 7

## NOTICE OF APPEARANCE AND REQUEST FOR BANKRUPTCY NOTICE

Pursuant to Bankruptcy Rule 2002(i), FirstBank, a Creditor in the above-styled bankruptcy, by and through its attorney, hereby requests that all matters which must be noticed to creditors, any creditors committees, and any other parties in interest pursuant to Rules 2002(a), (b) and (c), whether sent by the court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to Rule 2002(g), the following be added to the Court's master mailing list:

> Laura A. Williams  
> lwilliams@raineykizer.com  
> RAINEY, KIZER, REVIERE & BELL, P.L.C.  
> P. O. Box 1147  
> Jackson, TN  38302-1147

Respectfully submitted this 25th day of November, 2019.

> RAINEY, KIZER, REVIERE & BELL, P.L.C.
>
> By: /s/ Laura A. Williams  
>     Laura A. Williams  (BPR #11731)  
>     Attorney for Creditor  
>     105 South Highland Avenue  
>     P. O. Box 1147  
>     Jackson, TN  38302-1147  
>     (731) 423-2414

LAW 03315-73776-290

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon the following by mailing postage prepaid, or by electronic mail, or by delivery to each person or office:

Debtor: Nathan & Betty Replogle, PO Box 130, Henry, TN 38231
Debtors' Attorney, T. Verner Smith by email: Bankruptcy@vernersmith.com
Chapter 7 Trustee, Marianna Williams by email: molly@ashleyarnold.com

This the 25th day of November, 2019.

/s/ Laura A. Williams
Laura A. Williams