Misc035

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

## DEBTOR/CREDITOR
## CHANGE OF ADDRESS FORM
### (OR OTHER STATISTICAL INFORMATION)

**NAME: Nathan Replogle**
      **Betty Replogle**

**Bankruptcy Case Number: 19-12483**

To ensure that all address changes are accurate and current, you will need to supply the Court with your old and new address.

**NEW ADDRESS** effective as of January 29, 2020.

    Mailing:        Nathan Replogle and Betty Replogle

                         P.O. Box 338

                         Henry, TN 38231

County:_____    Phone Number:_____

**OLD ADDRESS:**       Nathan Replogle and Betty Replogle

                         P.O. Box 130

                         Henry, TN 38231

**ADDITIONAL REVISIONS OR COMMENTS:**

        _____
        _____
        _____

                **Signature:** /s/ T. Verner Smith

                **Date: January 29, 2020**