# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Case No.   19−12483   jlc
Chapter   7

Adversary No.

Nathan Replogle

Betty Replogle
Debtor(s).

**NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
RE FORM, MANNER AND SERVING OF NOTICE
(APPLICABLE TO CHAPTER 7, 11, AND 12)**

21 − Motion to Compel Debtors' Attendance at Meeting of Creditors, or in the Alternative, to Deem the Meeting of Creditors Concluded Filed by Marianna Williams on behalf of Marianna Williams (Williams, Marianna) on January 27, 2020 .

**NOTICE IS HEREBY GIVEN THAT:**

1. The Hearing to consider the above shall be held on **February 27, 2020 at 09:30 AM in the United States Bankruptcy Court, 111 S Highland, Room 342, Jackson, TN 38301 , BUT ONLY IF an objection to such relief requested is filed by February 18, 2020**

At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
   **All Parties on Servicing List**

**Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3. If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013−1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

**Kathleen A Ford
CLERK OF COURT**

BY:  Jenifer Joiner
_____
  Deputy Clerk
**DATE:   January 28, 2020**
[combrelcco30]Order/Notice combined Rel 11−03

United States Bankruptcy Court
Western District of Tennessee

In re:
Nathan Replogle
Betty Replogle
     Debtors

Case No. 19-12483-jlc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0651-1     User: jenifer     Page 1 of 1     Date Rcvd: Jan 28, 2020
                 Form ID: combrel     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.
```
db/jdb         +Nathan Replogle,    Betty Replogle,    P.O. Box 130,    Henry, TN 38231-0130
cr             +FirstBank,    Trish Brasher,    PO Box 388,    Lexington, TN 38351-0388
cr             +Tennessee Business and Industrial Development Corp,    131 Indian Lake Road,    Ste 201,
                 Hendersonville, TN 37075-3884
33339526       +First Bank,    1068 Mineral Wells Ave.,    Paris, TN 38242-4904
33339527        Henry County Circuit Court,    101 E Washington St.,    #201,    Paris, TN 38242
33339529       +Spragins, Barnett, & Cobb,    312 E. Lafayette St.,    Jackson, TN 38301-6220
33339530       +TN BIDCO,    2550 Meridien Blvd,    Franklin, TN 37067-6379
33378891       +Tennessee Business and Industrial,    Development Corporation,    c/o William J. Hardegree,
                 SPRAGINS, BARNETT & COBB, PLC,    312 E. Lafayette, P.O. Box 2004,    Jackson, TN 38302-2004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
33348672        E-mail/Text: lwilliams@raineykizer.com Jan 29 2020 01:45:18      FirstBank,    c/o Laura Williams,
                 RAINEY, KIZER, REVIERE & BELL PLC,    POB 1147,    Jackson TN 38302-1147
33339528       +E-mail/Text: lwilliams@raineykizer.com Jan 29 2020 01:45:18      Laura Williams,
                 Rainey, Kizer, Reviere & Bell,    P.O. Box 1147,    Jackson, TN 38302-1147
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:
```
              Laura A. Williams    on behalf of Creditor    FirstBank lwilliams@raineykizer.com
              Marianna  Williams    marianna@ashleyarnold.com, TN46@ecfcbis.com
              Marianna  Williams    on behalf of Trustee Marianna  Williams marianna@ashleyarnold.com,
               TN46@ecfcbis.com
              T. Verner Smith    on behalf of Joint Debtor Betty  Replogle bankruptcy@vernersmith.com
              T. Verner Smith    on behalf of Debtor Nathan  Replogle bankruptcy@vernersmith.com
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
              William J. Hardegree    on behalf of Creditor    Tennessee Business and Industrial Development
               Corporation wjh@spraginslaw.com, aac@spraginslaw.com
                                                                                              TOTAL: 7
```