**Dated: February 07, 2020**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

IN RE:      NATHAN REPLOGLE                    CASE NO. 19-12483
            BETTY REPLOGLE                     CHAPTER 7
            DEBTORS

---

ORDER ALLOWING TRUSTEE TO WITHDRAW HER MOTION
TO COMPEL DEBTORS' ATTENDANCE AT MEETING OF CREDITORS,
OR IN THE ALTERNATIVE, TO DEEM THE MEETING OF
CREDITORS CONCLUDED

---

The Trustee having announced that she wishes to withdraw her Motion to Compel Debtors' Attendance at Meeting of Creditors, or in the Alternative, to Deem the Meeting of Creditors Concluded (RD 21) is therefore permitted to withdraw her motion.

ASHLEY & ARNOLD

/s/Marianna Williams
Marianna Williams, BPR 7199
322 Church Avenue, P.O. Box H
Dyersburg TN 38025-2008
(731) 285-5074
(731) 285-5089 fax

Parties to be Served:

All Parties on the Matrix