UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Nathan Replogle and Betty Replogle, | ) | |
| | ) | Case No. 19-12483 |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned hereby enters his appearance on behalf of Creditor FHL Industries, LLC.

Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest, and all other notices in the case be sent to the undersigned at the following address and, pursuant to Rule 2002(g), that the following be added to the Court's master mailing list:

Michael G. Abelow
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 742-4200
Fax: (615) 742-4539
mabelow@srvhlaw.com

928801.2    10014-001

Respectfully submitted,

*/s/ Michael G. Abelow*
Michael G. Abelow (No. 26710)
mabelow@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 742-4200
Fax: (615) 742-4539

CERTIFICATE OF SERVICE

I certify that true and exact copies of the foregoing have been served via the Court's electronic filing system on February 11, 2020 on all filing users accepting electronic service.

928801.2    10014-001