# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Nathan Replogle

Betty Replogle
Debtor(s).

Case No.   19−12483   jlc
Chapter   7

Adversary No.

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
### RE FORM, MANNER AND SERVING OF NOTICE
### (APPLICABLE TO CHAPTER 7, 11, AND 12)

31 − Motion to Extend Time To File Complaints to Object to Discharge and/or to Determine Dischargeability of Debts (corrected) Filed by William J. Hardegree on behalf of Tennessee Business and Industrial Development Corporation (Hardegree, William) on February 6, 2020 .

**NOTICE IS HEREBY GIVEN THAT:**

1. The Hearing to consider the above shall be held on **March 12, 2020 at  09:30 AM in the United States Bankruptcy Court, 111 S Highland, Room 342, Jackson, TN 38301 , BUT ONLY IF an objection to such relief requested is filed by March 3, 2020**

   At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
   **All Parties on Servicing List**

   **Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3. If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013−1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

**Kathleen A Ford**
**CLERK OF COURT**

BY:  Deborah Pulse
_____
    Deputy Clerk
DATE:   February 10, 2020

[combrelcco30]Order/Notice combined Rel 11−03

United States Bankruptcy Court
Western District of Tennessee

In re:  
Nathan Replogle  
Betty Replogle  
    Debtors

Case No. 19-12483-jlc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0651-1     User: debbie    Page 1 of 1    Date Rcvd: Feb 10, 2020  
                      Form ID: combrel    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2020.  
db/jdb        +Nathan Replogle,   Betty Replogle,   P.O. Box 338,   Henry, TN 38231-0338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:  
         Laura A. Williams    on behalf of Creditor    FirstBank lwilliams@raineykizer.com  
         Marianna  Williams    marianna@ashleyarnold.com,   TN46@ecfcbis.com  
         Marianna  Williams     on behalf of Trustee Marianna  Williams marianna@ashleyarnold.com,  TN46@ecfcbis.com  
         Stephen L. Hughes    on behalf of Creditor    Centennial Bank hughes@kbhblaw.com  
         T. Verner Smith    on behalf of Joint Debtor Betty  Replogle bankruptcy@vernersmith.com  
         T. Verner Smith    on behalf of Debtor Nathan  Replogle bankruptcy@vernersmith.com  
         U.S. Trustee    ustpregion08.me.ecf@usdoj.gov  
         William J. Hardegree    on behalf of Creditor    Tennessee Business and Industrial Development Corporation wjh@spraginslaw.com,  aac@spraginslaw.com  
                                                                                                  TOTAL: 8