**Dated: February 18, 2020**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 19-12483 |
| NATHAN REPLOGLE | CHAPTER 7 |
| BETTY REPLOGLE | |
| DEBTORS | |

---

### AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ABANDONING PROPERTY

---

FirstBank, secured creditor, having requested the abandonment of the property listed below from this bankruptcy estate, and having requested relief from the automatic stay provisions of 11 U.S.C. Section 362 in order to enforce the provisions of the security agreement between the secured creditor and the debtor as to the property described:

03315/73776/303

| SECURED CREDITOR | DESCRIPTION OF PROPERTY |
|---|---|
| FirstBank | 400 Deer Haven<br>Henry, TN 38231<br>Claim Amount: $424,879.26<br>Value: $580,000.00 |

The Trustee, by signing this agreed order, hereby abandons the property listed above as burdensome or of inconsequential value to the estate pursuant to 11 U.S.C. Section 554. (Notice of this abandonment is not required, pursuant to Local Rule No. 7(b)(1) since the equity to the estate in the asset(s) listed above is less than $1,000.00 per item and less than $2,500.00 in the aggregate, or this case has been determined by the Trustee to be a no asset one and a no asset notice has been mailed to creditors.) The debtor by approval of this order, consents to the abandonment and to relief from the automatic stay as to the property described herein, and waives all rights of redemption, statutory or otherwise, in the property.

IT IS, THEREFORE, ORDERED that the abandonment is approved and that the secured creditor listed above be and is hereby granted relief from the automatic stay provisions of 11 U.S.C. Section 362 to permit the secured creditor to proceed with the enforcement of the security interest in the above-mentioned assets, pursuant to applicable state law as to the property described herein. Any excess funds after paying off creditor's lien is to be forwarded to the Chapter 7 Trustee.

03315/73776/303

**APPROVED FOR ENTRY:**

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: /s/ Laura A. Williams
*Laura A. Williams, BPR No.11731
Attorney for FirstBank
105 South Highland
Jackson, Tennessee 38301
731-423-2414
lwilliams@raineykizer.com


/s/ T. Verner Smith
Attorney for Debtors
T. Verner Smith, Attorney at Law
367-A N. Parkway, Suite 1
Jackson, TN 38305
(731) 423-1888
bankruptcy@vernersmith.com


/s/ Marianna Williams
Chapter 7 Trustee
Marianna Williams
P. O. Box H
Dyersburg, TN 38024
marianna@ashleyarnold.com


## Request for Service

Upon the entry of this order a copy is to be served upon:
Debtors, Nathan Replogle & Betty Replogle, PO Box 338, Henry, TN 38231
Debtor's Attorney, T. Verner Smith, Jr. by email: bankruptcy@vernersmith.com
Trustee, Marianna Williams by email: marianna@ashleyarnold.com
Laura Williams by email: lwilliams@raineykizer.com

03315/73776/303